# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 23, 2007*

[Cite as *02/23/2007 Case Announcements*, 2007-Ohio-723.]

## MOTION AND PROCEDURAL RULINGS

**2006–2244.   Oreo Corp. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–T–135. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of parties' joint motion to remand this cause to the Board of Tax Appeals,

It is ordered by the court that the motion is granted and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.

## MISCELLANEOUS DISMISSALS

**2005–0785.   State v. Cloud.**
Columbiana App. No. 01 CO 64, 2005-Ohio-1331. This cause is pending before the court as an appeal from the Court of Appeals for Columbiana County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–0287.   State v. Pesec.**
Portage App. No. 2006–P–0084. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MISCELLANEOUS ORDERS

**2005–1930.   Cincinnati Bar Assn. v. Bailey.**
On September 6, 2006, this court issued an order finding that respondent had engaged in the unauthorized practice of law, enjoined him from actions constituting the unauthorized practice of law, imposed a civil penalty in the amount of $50,000, and ordered respondent to pay board costs in the amount of $4,218.13. On January 26, 2007, respondent filed a motion for stay of judgment. Relator filed a memo opposing the motion. Upon consideration thereof,

It is ordered by the court that respondent's motion for stay of judgment is denied.